IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TRILOGY CELLARS, LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| FLORA SPRINGS WINE | § | |
| COMPANY, | § | |
|     Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, TRILOGY CELLARS, LLC ("Plaintiff" or "Trilogy Cellars"), files this Original Complaint against FLORA SPRINGS WINE COMPANY ("Flora Springs" or "Defendant") and would respectfully show the Court as follows:

## PARTIES

1. Plaintiff Trilogy Cellars, LLC is a Texas Limited Liability Company organized in Texas with its principal place of business at 618 Avenue H, Levelland, Texas 79336.

2. Defendant, Flora Springs Wine Company, is a California corporation having a business address of 1978 W. Zinfandel Lane, St. Helena, California 94574 and may be served through its registered agent, John Komes, at 1978 W. Zinfandel Lane, St. Helena, California 94574.

## JURISDICTION AND VENUE

3. This action arises under 28 U.S.C. § 2201 providing that Defendant's conduct has created real and reasonable apprehension of liability on part of the Plaintiff and Plaintiff has engaged in the course of conduct which has brought it into adversarial conflict with the Defendant. In addition, the amount in controversy, if infringement were determined, would, upon

information and belief, exceed $75,000. Further, this matter involves a dispute concerning a registered U.S. Trademark and therefore, original jurisdiction over this cause of action is conferred upon this Court pursuant to 15 U.S.C. §§ 1121, 1125 and 28 U.S.C. §§ 1331, § 1332 and 1338 (a) and (b).

4.    Defendant does business by selling wines in the State of Texas and thus, jurisdiction is proper over Defendant in this judicial district.  Venue is proper under 28 U.S.C. §§ 1391(b)(3).

5.    This Court has personal jurisdiction over Defendant because it has purposefully availed itself to doing business in Texas and advertises to its consumers that Defendant will and can specifically ship wine to Texas and this district. Defendant has sufficient contacts with the State of Texas and this judicial district to subject it to specific and general personal jurisdiction of this Court. Defendant targets and serves consumers in this district.

6.    This court has subject matter jurisdiction pursuant to 28 U.S.C. § 2201 as a real and present, substantial controversy exists between the parties concerning the Plaintiff's use of the word, "Trilogy," in conjunction with "Cellars" in the wine industry. Plaintiff has a reasonable apprehension of suit due to Defendant's specific expression of intent to sue due to alleged trademark infringement and the Plaintiff is entitled to a declaratory judgment determining its rights and remedies. *See* Ex. C. Defendant has threatened litigation and demanded that Plaintiff cease the present use of the word, "Trilogy," within Plaintiff's business name, Trilogy Cellars. *See* Ex. C.

## FACTS

8.      Trilogy Cellars, LLC, operates a small, boutique winery in Levelland, Texas, within this Court's district, that opened in October of 2016 and has produced 1200 cases of wine to date. Trilogy Cellars is not permitted by regulatory authorities to sell wine in any state other than Texas. To be sure, Trilogy Cellars has not sold any wine whatsoever in the state of California, where Defendant is located. Trilogy Cellars' wine is not in distribution within the wine and alcohol three-tier system and is only marketed to Texas consumers, primarily in the Levelland, Texas and surrounding area.

9.      Trilogy Cellars was founded by three grape-growing families on the High Plains of Texas, specifically in Hockley County. The name, "Trilogy Cellars," arose and is based on the joining of *three* families to form the winery. Prior to selecting the name, the Plaintiff's members acted in good faith in searching the United States Patent & Trademark Office for any marks on the use of "Trilogy Cellars." No such use or registration was found. Plaintiff is not aware of any winery in the United States using the name, Trilogy Cellars. None of the Plaintiff's wines are actually named "Trilogy." Upon receipt of the Defendant's letter on February 8, 2017 (*see* Ex. C), Plaintiff researched and discovered that multiple wines originating in both domestic and international use bear some form of the word, Trilogy, as a descriptor and identifier for the name, or portion of the name, of the actual wine. *See* Ex. B. Many times, the name, "Trilogy," operates to describe a wine blended from three grape varieties, but also may designate some reference to the number "three." *See* Ex. B (including multiple wines using the name, Trilogy, and referencing the basis of multiples of three, including three children, three cats and three wine varieties). Since February 8, 2017, Plaintiff has discovered at least *fifteen* wineries, including the Defendant, in the United States, and *seven* wine producers located outside the United States (that

import their wines to U.S. consumers) that presently utilize, or very recently utilized, the word, "Trilogy," in the name of a wine. *See* Ex. B. Several of the wines originate from the state of California.

12.     On February 8, 2017, Defendant sent a letter via email to Plaintiff demanding that Plaintiff cease use of the word, "Trilogy," as the name of the Plaintiff's winery in "Trilogy Cellars." *See* Ex. C. Defendant informed Plaintiff that if use was not ceased, then Defendant would take legal action to enforce its claimed rights. *See* Ex. C. Plaintiff seeks the Court's declaration that use of the word, "Trilogy," in its winery name of "Trilogy Cellars" does not infringe upon the Defendant's registered trademark to describe a particular wine. Further, Plaintiff seeks the Court's declaration that the word, "Trilogy," is merely descriptive of the product and has not been adequately protected by the Defendant in the market place. *See* Ex. B (demonstrating multiple, present uses of the word, "Trilogy," by third-party wineries in commerce to identify wine, as researched and discovered on February 8 and 9, 2017).

13.     Plaintiff's use of the word, "Trilogy," used in conjunction with the word, "Cellars," to advertise and market its winery does not infringe upon Defendant's mark because it is not likely to confuse consumers concerning the source of the wine. Plaintiff's ongoing use of the word, "Trilogy," in the name of its winery as "Trilogy Cellars" is not substantially similar to the Defendant's use of the word, "Trilogy," as the name of one of its wines. *See* Ex. A. The use of the words do not appear in similar fashion and the labels of the various wines of the Plaintiff are not substantially similar in appearance or presentation to the "Trilogy" wine of the Defendant. *See* Ex. A (*comparing* the Defendant's brown, rectangular wine label with its stylistic drawing of three leaves *with* the Plaintiff's silver, triangular label with a stylistic vine in the shape of a T).  Further, both wines identify the wine region on the front label of the wine, with

Plaintiff's region originating in the High Plains AVA of Texas and Defendant's wine originating in Napa Valley AVA in California. *See* Ex. A.

14.    Further, Plaintiff's use of the word, "Trilogy," is fair use of a word that is commonly used in the wine and other industries to designate a multiple of three. Numerous wines throughout the United States have been identified, described and designated with the word, "Trilogy," in the name of the wine to represent the number three or a blend of three grape varieties. *See* Ex. B. Defendant has failed to protect its trademark from use of the word, "Trilogy," in wine names, as demonstrated by the *numerous* wines that are presently sold in the United States bearing the word, "Trilogy," in the name of the wine. *See* Ex. B. Upon information and belief, Defendant cannot show any actual or likely confusion of the source of the Plaintiff's wine when compared with the Defendant's product. *See* Ex. A. Defendant sells wine priced at $80 or above typically, with many wines priced above $100. Plaintiff's wines, however, are priced much lower, beginning at $16. Plaintiff contends that Defendant's consumers are sophisticated and savvy in purchasing higher-dollar wine and demonstrate. Plaintiff's logo is not substantially similar or easily confused with the Defendant's mark. *See* Ex. A. Further, Defendant's mark has become diluted and has not been consistently protected since the Defendant filed for its mark. *See* Ex. B. Defendant should be aware that it has not sufficiently protected its mark and that any assertion that Defendant owns the exclusive use of the term, "Trilogy," is wrongful.

## COUNT ONE
## DECLARATORY JUDGMENT

15.    Plaintiff realleges and incorporates by reference paragraphs 1 through 14, inclusive, of this Complaint as fully set forth herein.  Plaintiff seeks the Court's declaratory judgment that its use of the term, "Trilogy," in its name, Trilogy Cellars, does not infringe on the

Defendant's mark or use of the the word, "Trilogy," pursuant to 28 U.S.C. § 2201. Defendant's conduct described above creates a genuine and reasonable apprehension of litigation concerning a real and immediate controversy between the parties to warrant sufficient immediacy for the issuance of a declaratory judgment claim by Plaintiffs. Further, Plaintiff seeks a declaration that the mark, "Trilogy," has become generic and descriptive and has not been sufficiently protected by the Defendants, and therefore, does not merit trademark protection or exclusion of the use of the word, "Trilogy."

## **ATTORNEYS' FEES**

16.    The Plaintiff is entitled to its attorney's fees pursuant to the Lanham Act and hereby request an award of attorneys' fees under 15 U.S.C. § 1117.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court grants a declaratory judgment against Defendant concerning the Plaintiff's use of the mark or word, "Trilogy," within its winery name of "Trilogy Cellars" as non-infringing and not likely to create confusion among consumers of the source of the wine. Plaintiff also seeks a determination and declaratory judgment that Defendant has not sufficiently protected its registered mark and that the use of the term, "Trilogy," has become or is descriptive and generic in the industry. Plaintiffs seek any such other relief as the Court may deem appropriate to remedy the controversy between the parties. Plaintiffs to be awarded such other and further relief as the Court may deem just and equitable under the circumstances herein.

Respectfully submitted,


_/s/ Andrew B. Curtis_
Texas Bar No. 24052013
acurtis@cthglawfirm.com
Craig Terrill Hale & Grantham LLP
9816 Slide Road, Suite 201
Lubbock, TX 79424
(806) 744-3232 (phone)
(806) 744-2211 (fax)

_Counsel for Plaintiff_

TRILOGY

2014
RED WINE
NAPA VALLEY

— BY —
FLORA SPRINGS
THE KOMES & GARVEY FAMILY

TRILOGY
CELLARS

PINOT GRIGIO
2015
TEXAS HIGH PLAINS
HOCKLEY COUNTY

ALC. 13.6%
BY VOL.

**EXHIBIT A**

News | Directions | Contact



# Danza del Sol WINERY

Our Winery   Visit Us   Shop   Weddings   Events   Wine Club

Shop » Red Wines » 2013 Trilogy- TV

🛒 0 items in your shopping cart
Checkout | Sign In | My Wish List

## Shop

**My Account**

**Wine Clubs**

**Red Wines**

**White Wines**

**Sweet Wines**

**Winery Tours**

**Event Tickets**



### Join the Wine Club
➕ **Learn More »**



### Visit Us
➕ **Get Directions »**

[Wine bottle image]
🔍 rollover to zoom   🔍 click to view

# 2013 Trilogy- TV

Item No. 3541 | In Stock - Ships Next Business Day

Aromas of dried floral, bright red fruit and classic red cherry tones that are evident at first swirl. on the palate, the wine is delicious with silky lushness and tannins that are elegant

*You can **Save up to 25%** on this item when you Join the Wine Club!*

price **$44.00**
club price **$35.20**
*join today*

**Add to Cart**

*This is a Gift*
**+ Add To Wish List**

👍 Like 0   Share   Tweet

🟦🟦⬜ Share

| Details | Comments *not yet rated* |
|---|---|

Have a Question?

### 2013 Trilogy- TV

Our 2013 Trilogy has aromas of dried floral, bright red fruit and classic red cherry tones that are evident at first swirl. On the palate, the wine is delicious with a silky lushness and tannins that are elegant
Pair with: Baked Camembert with Thyme and Garlic Residual Sugar: 0.25%Alcohol Volume: 14.1%

## Suggested Items

There are No Suggested Items at this time.

**EXHIBIT B**

2013 Trilogy- TV - Danza Del Sol Winery



Home                    Wine Club

Our Winery              Directions

Visit Us                Contact Us

Shop                    Careers

Events                  Privacy Policy

Subscribe for Offers

Name

Email

Submit

© 2017, Danza del Sol Winery. All rights reserved. Site by Xüdle

The Wine Shop



About    Wine Club    Let's Shop    Grapes    Gallery    e-News    Events    Cottage Rental

Directions & Map    Contact Us

Home→**The Wine Shop**

Shopping Cart

## The Renner Wine Shop is open!
## Shop now for great wines and prices!



**Items in Your Cart**
Your cart is empty



### 2011 Late Harvest Syrah - One Case

Late Harvest Syrah $335.00 a case





**Price: $335.00**



### 2012 Cabernet Sauvignon

This wine is superbly structured and the notes of cherry, blueberry and plum are balanced with hints of leather and spice.

**Price: $30.00**

http://rennerwines.com/wine-shop/[2/8/2017 10:26:45 PM]

Price: $302.00



### 2012 Trilogy - One Case

This is one case (12 bottles)

Price: $302.00



### 2012 Zinfandel

Big, Bold, soft and welll balanced.

Price: $28.00



### 2012 Zinfandel - One Case

This is one case (12 bottles)

Price: $302.00

### 2015 Sauvignon Blanc

This wine is a crisp blend of orchard fruits and delicate citrus notes

The Wine Shop



**Price: $22.00**

**Items in Your Cart**

Your cart is empty

© 2015 Renner Wines All rights Reserved * Web Services Provided by DRH Designs 209-728-8855



# CELLARDOOR

WINERY    EVENTS    GIFTS    CELLARDOOR AT THE POINT

Wines    Wine Finder    Photos & Videos    Visit    About    Contact

# TRILOGY

A medium bodied Spanish-inspired blend of Tempranillo, Garnacha, and Carignane with aromas and flavors of ripe strawberry, spiced cherries and caramel with a dry, warm note of chocolate in the finish. Perfect for grilled red meats.





✉ Follow




**Follow this blog**

Get every new post delivered right to your inbox.

Email address

# Trilogy

## $20.00

100% Red raspberry wine

Gold medal winner

375 ml

Out of stock

CATEGORY: DESSERT WINES

TAGS: DESSERT WINE, FRUIT WINE, WINE

**Share this:**

☐ Facebook    ☐ Twitter    ☐ LinkedIn    ☐ Google    ☐ Pinterest    ☐ More

DESCRIPTION    *Reviews (0)*

# Product Description

A delightful red raspberry wine named after our 4 year old triplets, Matthew, Benjamin & Emily.

375 ml bottle

Gold Medal Winner

---

Shipping is $18 for 1-5 bottles and $30 for 6-12 bottles.

We offer a 10% Case discount. 12 Bottles of any kind makes a case. Enter code "Case2016"

VIP Members save 15% off of any case purchase.  Please contact wendy.baldwinvineyards@gmail.com for a discount code.

Allow one week for shipping within the State of NY.



**Baldwin Vineyards**
(845) 744-2226 - 176 Hardenburgh Rd, Pine Bush, NY
© BaldwinVineyards.com. All Rights Reserved.

Trilogy White – Black Willow Winery

0 item ($ 0.00)  ·  Check out

Search



**Wine**    **Mead**    **Oil & Vinegar**    **Tastings**    **Gifts**    **Back to Main Site**

# Trilogy White

## $ 16.95

Quantity

Add to Cart

**Dry White**

A delicate blend of white wines with soft floral notes and a nice clean finish.

RS: 0%

**Share this Product**

Share    Tweet    Pin it     +1

Trilogy White – Black Willow Winery



## Similar items

Trilogy White – Black Willow Winery





**Classic Diamond**

$ 12.95

**Riesling**

$ 14.95

Home / Collections / Whites / Trilogy White

# Gift Cards Available!

Call or e-mail the winery to order.

Twitter  Facebook  Google Plus

## Contact

Black Willow Winery
5565 West Lake Road
Burt, NY 14028

**Email:** sales@blackwillowwinery.com
**Phone:** 716-439-1982

Log in    Create an account

Trilogy White – Black Willow Winery

Copyright © 2017 Black Willow Winery. Powered by Shopify.

Search    Products

NV Buck Creek Winery Trilogy, USA, Indiana - CellarTracker



# 2012 Cabernet Sauvignon - Applegate V

Doug and his winemaker son Matthew have made it their personal mission
remaining a small, family-owned winery. This Cab is inky dark with ribbons

$32.00

**Add To Cart**

$26.00

LaVelle Vineyards - Winery, Vineyard, Oregon Wines | The Reds

Cart: 0

## MAILING LIST

## ADDRESS & HOURS

### Vineyard
89697 Sheffler Rd.
Elmira, OR 97437

(541) 935-9406

**Open Daily (WINTER HOURS)**
**Monday - Sunday**
12 PM - 5PM

**Open Daily (SUMMER HOURS)**
**Monday - Thursday**
12 PM - 5 PM
**Friday**
12 PM - 9 PM
**Saturday - Sunday**
12 PM - 6 PM

### Wine Bar & Grille
400 International Way
North Springfield, OR 97477
(541) 246 8989

**Open**
**Thursday and Friday**
3 PM - 9 PM
**Saturday**
Noon-5 PM

**Available for groups & large parties**

## CONNECT



## VINEYARD LOCATION

## WINE BAR LOCATION



# OUR WINE

Case 5:17-cv-00029-C    Document 1    Filed 02/09/17    Page 26 of 33    PageID 26



## Trilogy

Our Trilogy is a "Bordeaux" blend of our Cabernet Sauvignon (45%), Merlot (25%), Cabernet Franc (20%), and Chambourcin (10%) grapes. This 100% estate grown wine offers balanced tannins, nice fruit and acidity on the palate. Lingering flavors of black cherry, blackcurrant and anise lead to a long, smooth finish.




MENU



**TROUT TRILOGY SYRAH**

**Tasting Notes**

Black currant, aniseed, oak, and savory aromatics dance on the nose and lead to flavors of mulberry and cloves on rich and smooth finish.

**Winemaking Notes**

**Vintage:** 2013
**Varietal Blend:** 100% Syrah from two different clones and blocks
**Appellation:** Snake River Valley, Idaho
**pH:** 3.86
**TA:** 6.04 g/l
**Alcohol:** 13.5%
**Vineyards:** Sawtooth Vineyard, Block 46 and Block 31
**Aging:** 24 months
**Yeast:** D254
**Cases Produced:** 336

ORDER HERE

About

13750 Surrey Lane
Nampa, ID 83686

Trout Trilogy Syrah | Sawtooth Winery

Idaho
Our Vineyards
Winemaker
Winery

**Our Wines**
**Acclaim**
**Events**
**Home**
**Tasting Room**
Visit Us
Private Events

**Wine Club**
**Shop**

(208) 467-1200
Questions? Email
info@sawtoothwinery.com

**Sign up** for the Sawtooth
newsletter.

  

Seattle web design by SWECKER


**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
t 415-576-0200

February 8, 2017

direct dial: 415-273-4764
jah@ktslaw.com

VIA EMAIL to <info@trilogycellars.com>
CONFIRMING COPY TO FOLLOW

Mr. Rowdy Bowlen
Mr. Chance Hill
Mr. Steve Newsom
Trilogy Cellars
P.O. Box 1361
Levelland, Texas 79336

> Re: *Flora Springs Winery vs. Trilogy Cellars*
> Trademark Infringement of **TRILOGY**®
> U.S. Trademark Registration No. 1,508,502
> Our file No. 1038411

Dear Mr. Bowlen, Mr. Hill and Mr. Newson:

We are intellectual property counsel to Flora Springs Wine Company (d.b.a. Flora Springs Winery and Vineyards) ("Flora Springs"). Please be advised that our client has been selling wine under its mark **TRILOGY**® ("the mark") for over *30 years*. Flora Springs is the owner of the U. S. Trademark Registration No. 1,508,502 for the mark **TRILOGY**® for wine, issued in 1988. Copies of that Certificate of Registration and the Trademark Office's confirmation of its renewal are attached and enclosed.

It has recently come to our attention that you are using our client's exact mark, also for wine. A copy of one of your bottles bearing the mark **TRILOGY**, taken from your web site, is also enclosed and attached. Needless to say, you are also using our client's mark as the key component of your trade name. Your use of our client's exact mark for identical goods is certain to cause consumer confusion regarding the source of your wine and/or your affiliation with our client. As such, it constitutes an infringement of our client's trademark rights. We therefore demand that you promptly and permanently discontinue all further promotion, offer, distribution or sale of wine under our client's mark (or any mark confusingly similar thereto), specifically including your current use of the mark **TRILOGY** for your wine and the name of your business. If not, and litigation ensues, you may be held liable for an injunction, our client's damages and your profits attributable to the infringement, plus court costs and our fees associated with this case. You will, of course, also bear your own attorneys' fees in any such dispute.

EXHIBIT
C

Mr. Rowdy Bowlen
Mr. Chance Hill
Mr. Steve Newsom
Trilogy Cellars
February 8, 2017
Page 2


    We presume you were unaware of our client's prior rights in the mark TRILOGY for wine when you choose that name for your business (we note that Trilogy Cellars is the combination of your three families' wineries). Flora Springs is therefore willing to work with you to provide you a reasonable time to transition to a new, non-infringing mark and trade name.

    We hope it will not become necessary for our client to take legal action to enforce its rights in this matter. We therefore demand that you or your attorney contact us no later than February 22, 2017 to confirm that you will comply with our demand.

                        Very truly yours,


                        John A. Hughes

69076719V.1

Int. Cl.: 33

Prior U.S. Cl.: 47

**United States Patent and Trademark Office**    Reg. No. 1,508,502
Registered Oct. 11, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## TRILOGY

FLORA SPRINGS WINE COMPANY (CALIFOR-
NIA CORPORATION)
1978 WEST ZINFANDEL LANE
ST. HELENA, CA 94574

FOR: RED WINE, IN CLASS 33 (U.S. CL. 47).

FIRST USE 6–0–1986; IN COMMERCE
6–0–1986.

SER. NO. 653,038, FILED 3–30–1987.

SUSAN E. KADILAK, EXAMINING ATTOR-
NEY

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1508502    SERIAL NO: 73/653038    MAILING DATE:  05/12/2008
REGISTRATION DATE: 10/11/1988
MARK:  TRILOGY
REGISTRATION OWNER:  FLORA SPRINGS WINE COMPANY

**CORRESPONDENCE ADDRESS:**
JOHN A. HUGHES
TOWNSEND AND TOWNSEND AND CREW LLP
TWO EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CA 94111

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

**********************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

**********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

HENSON, EVERETT J
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL**



OVERVIEW

WINE INFORMATION

# TEXAS HIGH PLAINS

## HOCKLEY COUNTY

Our 2015 Merlot is dark and burgundy in color with significant saturation. In the glass, the nose is both