IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TRILOGY CELLARS, LLC<br>　　Plaintiff | §<br>§<br>§ | Civil Action No. 5:17-cv-00029-C |
| v. | §<br>§ | Complaint Filed: February 9, 2017 |
| FLORA SPRINGS WINE COMPANY<br>　　Defendant | §<br>§<br>§ | |

## AGREED ORDER OF DISMISSAL

The Court having been notified by and through the parties attorneys of record that the parties have reached an Agreement, in which all matters of fact and controversies between them have been fully and finally compromised and settled;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that Plaintiff take nothing from Defendant and Defendant take nothing from Plaintiff and that all claims are dismissed with prejudice. Each party is to bear their respective costs.

Signed this ___15th___ day of ___August___, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

11510 Topeka Avenue
Lubbock, TX 79424
Telephone: (817) 721-3598
Telecopier: (806) 742-4199
rtsherwin@gmail.com

By: __/s/ Robert T. Sherwin__
 **ROBERT T. SHERWIN**
 State Bar No. 24033060
ATTORNEYS FOR TRILOGY CELLARS, LLC



*JONES, FLYGARE, BROWN & WHARTON*
A Professional Corporation
P.O. Box 2426
Lubbock, Texas 79408-2426
Telephone: (806) 765-8851
Telecopier: (806) 765-8829
larry.wharton@jonesflygare.com

By: _____
 **JAMES L. WHARTON**
 State Bar No. 21243500
ATTORNEYS FOR FLORA SPRINGS WINE COMPANY